tion for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Nelson J. Jewett* and *George A. Critton* for petitioners. *Mr. Wallace R. Lane* for respondent.

---

No. —, original. Ex PARTE IN THE MATTER OF CITY OF NEW YORK, TRANSIT COMMISSION, AND JOHN F. GILCHRIST ET AL., etc. See *ante*, p. 650.

---

No. 765. OTIS REESE *v.* UNITED STATES. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit. January 3, 1927. Motion for leave to proceed further in forma pauperis denied for the reason that the court, upon inspection of the record herein submitted, finds that there is no ground for certiorari to the Circuit Court of Appeals, application for which is hereby also denied. The costs already incurred herein by direction of the court shall be paid by the clerk from the special fund in his custody as provided in the order of October 29, 1926. *Mr. Otis Reese, pro se.* No appearance for the United States.

---

No. 728. AL LAU *v.* UNITED STATES. January 3, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. James M. Beck* and *Cyrus E. Dietz* for petitioner. *Solicitor General Mitchell* and *Assistant Attorney General Willebrandt* for the United States.

---

No. 730. HYMAN SCHROEDER, AS TRUSTEE IN BANKRUPTCY OF FAMOUS FAIN COMPANY, INC., BANKRUPT, *v.* EDWARD HOWARD O'FLYN. January 3, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for